UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

RUBEN ORLANDO BENITEZ                                                           PLAINTIFF

VERSUS                                           CIVIL ACTION NO. 1:17CV233-HSO-RHW

JEFFEREY ATKINS                                                                   DEFENDANT

**PROPOSED FINDINGS OF FACT AND RECOMMENDATION**

*Pro se* Plaintiff Ruben Orlando Benitez filed a complaint in the Circuit Court of Greene County, Mississippi alleging that Defendant Jeffrey Atkins violated Plaintiff's due process rights. Plaintiff is an inmate at the South Mississippi Correctional Institution (SMCI). Atkins is an employee of the Office of the Clerk of the Supreme Court of the United States. According to Plaintiff, Atkins denied Plaintiff's pauper's oath submitted in conjunction with Plaintiff's petition to the Supreme Court for writ of certiorari. Doc. [5] at 31-32.

Defendant removed the lawsuit to federal court on August 29, 2017. Doc. [1]. Defendant sought and was granted an extension of time until October 5, 2017, to file an answer. Doc. [2]; Text Only Order (9/11/2017). On September 8, 2017, Plaintiff filed a motion to remand the action to state court. Doc. [4]. The Court eventually denied Plaintiff's motion to remand. Doc. [24]. In the meantime, on September 22, 2017, Plaintiff filed a motion for summary judgment. Doc. [7]. While summary judgment was pending, the Court granted Defendant an additional extension of time until October 12, 2017, to file his answer. Text Only Order (10/5/2017). In compliance with the Court's order, Defendant filed his answer on October 12, 2017. Doc. [18]. For consideration before the undersigned is Plaintiff's motion for summary judgment.

In the motion for summary judgment, Plaintiff argues that Defendant has failed to respond to the summons and complaint.  In essence, Plaintiff seeks a default judgment.  It appears Plaintiff is confused about the relevant deadlines.  He argues that Defendant failed to file a response as ordered by the Court.  Doc. [7] at 3-4.  However, the September 25, 2017, deadline referenced by Plaintiff was Defendant's deadline to file a response to the motion to remand.  It was not Defendant's answer deadline.  Defendant's answer to the complaint was not due until October 12, 2017.  Defendant filed his answer on October 12, 2017.  Plaintiff filed the instant motion for summary judgment on September 22, 2017, prior to the answer deadline.  Therefore, Plaintiff's suggestion that summary judgment should be granted based on Defendant's alleged failure to answer is without merit.

## RECOMMENDATION

Based on the foregoing, the undersigned recommends that Plaintiff's [7] Motion for Summary Judgment be DENIED.

## NOTICE OF RIGHT TO APPEAL/OBJECT

Pursuant to 28 U.S.C. § 636(b)(1), any party who desires to object to this report must serve and file written objections within fourteen (14) days after being served with a copy unless the time period is modified by the District Court.  A party filing objections must specifically identify those findings, conclusions and recommendations to which objections are being made; the District Court need not consider frivolous, conclusive or general objections.  Such party shall file the objections with the Clerk of the Court and serve the objections on the District Judge and on all other parties.  A party's failure to file such objections to the proposed findings, conclusions and recommendation contained in this report shall bar that party from a de novo determination by the District Court.  Additionally, a party's failure to file written objections to the proposed

findings, conclusions, and recommendation contained in this report within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the proposed factual findings and legal conclusions that have been accepted by the district court and for which there is no written objection. *Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1428-29 (5th Cir. 1996).

    SO ORDERED AND ADJUDGED, this the 13th day of December, 2017.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE