# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| RUBEN ORLANDO BENITEZ | § | PLAINTIFF |
| v. | § | Civil No. 1:17cv233-HSO-RHW |
| JEFFEREY ATKINS | § | DEFENDANT |

## FINAL JUDGMENT

In accordance with the Court's Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**, this the 29th day of January, 2019.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE